ÆTNA LIFE INSURANCE CO., Appellant, v. Vella H. BISBEE.

No. 9404.

Circuit Court of Appeals, Eighth Circuit.

Jan. 18, 1932.

Morrison, Nugent, Wylder & Berger, of Kansas City, Mo., for appellant.

Hugh B. Downey and Maurice J. O'Sullivan, both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, with costs, per stipulation of parties.

Lionel J. ANSARDI, Appellant, v. UNITED STATES of America, Appellee. *

No. 6509.

Circuit Court of Appeals, Fifth Circuit.

April 22, 1932.

Robert B. Todd, of New Orleans, La., for appellant.

Edmond E. Talbot, U. S. Atty., and Wm. H. Norman, Asst. U. S. Atty., both of New Orleans, La.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

*Rehearing denied June 3, 1932.

BANK OF AMERICA NAT'L TRUST & SAVINGS ASS'N v. THOMAS et al.

In the Matter of AMERICAN SEAMLESS TUBE CORPORATION, a Corporation, Bankrupt.

Nos. 6764, 6765.

Circuit Court of Appeals, Ninth Circuit.

April 25, 1932.

Freston & Files and James A. McLaughlin, all of Los Angeles, Cal., for appellant.

Leonard E. Thomas and Roy Maggart, both of Los Angeles, Cal., for appellees.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal dismissed, without costs to either party; mandates forthwith.

Fred BETTS, Appellant, v. UNITED STATES of America.

No. 9357.

Circuit Court of Appeals, Eighth Circuit.

Nov. 28, 1931.

W. C. Irwin, of Jefferson City, Mo., for appellant.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

PER CURIAM.

Motion for leave to docket case and file record out of time denied, and appeal docketed and dismissed on motion of appellee.